**Ramon RAMOS and Miriam Ramos, Appellants,**

v.

**DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee for Soundview Home Loan Trust 2006–OPT5, Asset–Backed Certificates, Series 2006–OPT5, Appellee.**

No. 4D14–3981

District Court of Appeal of Florida, Fourth District.

[December 7, 2016]

Reid C. McCullough and Kendrick Almaguer of The Ticktin Law Group, P.A., Deerfield Beach, for appellants.

No appearance for appellee.

*ON COMBINED MOTION FOR REHEARING, RE-HEARING EN BANC AND FOR CERTIFICATION TO THE FLORIDA SUPREME COURT*

PER CURIAM

We grant the Appellants' motion for rehearing, deny the motion for rehearing *en banc* and for certification, withdraw our prior opinion in *Ramos v. Deutsche Bank National Trust Company*, 41 Fla. L. Weekly D1041, 2016 WL 1696435 (Fla. 4th DCA Apr. 27, 2016), and substitute this opinion in its place.[1]

We reverse. *See Grosso v. HSBC Bank USA, N.A.*, No. 4D14–3971, 204 So.3d 139, 2016 WL 6781609 (Fla. 4th DCA Nov. 16, 2016).

*Reversed.*

Taylor, Gross and Forst, JJ., concur.

1. Judge Carole Y. Taylor has been substituted for Judge W. Matthew Stevenson after his retirement from the court.